**Dated: February 9, 2021**
**The following is ORDERED:**

The evidentiary hearing scheduled for February 10, 2021, at 9:00 a.m. is hereby stricken.



_____
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JERRY WAYNE RAMER, | ) | Case No. 20-80931 |
| | ) | Chapter 11 |
| Debtor. | ) | |

### ORDER DISMISSING CHAPTER 11 CASE

This matter comes before the Court pursuant to United States Trustee's Motion to Dismiss filed November 23, 2020 (Doc. No. 59) ("Motion"). The Court, having reviewed the Motion and other matters of record, FINDS:

1. The United States Trustee filed the Motion seeking dismissal for cause under 11 U.S.C. §§ 1112(b) and 1129(a)(3) because the Debtor allows his land to be used to grow marijuana in violation of the federal Controlled Substances Act and is entitled to profits from that activity.

2. Notice of the Motion was served on all creditors and parties in interest (Doc. No. 61) and is sufficient and proper.

1

3. Although the Debtor filed an objection (Doc. No. 62), he later withdrew it (Doc. No. 93), so there are no objections by any party to the Motion.

4. Good cause exists for granting the Motion.

**IT IS SO ORDERED that the Motion of the United States Trustee to Dismiss Under 11 U.S.C. § 1112(b) should be and is hereby granted.**

Movant to notify interested parties.

###

Approved as to form and content:

ILENE J. LASHINSKY
UNITED STATES TRUSTEE

By: */s/ Jordan Sickman*
Jordan Sickman
Assistant United States Trustee
Admitted in Michigan, P69823
Appearing under 28 U.S.C. § 515(a)
301 North Main Street, Suite 1150
Wichita, KS 67202
Telephone: (316) 269-6176
Facsimile: (316) 269-6182
Email: jordan.sickman@usdoj.gov